**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ED HULL, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HO TIEN LE, an individual; OMEGA LIQUOR & GROCERIES, a business of unknown form; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 21-4089-DMG (Ex)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [54]** |

　　　Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

　　　Plaintiff Ed Hull's action against Defendants Ho Tien Le and Omega Liquor & Groceries is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

DATED: July 26, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE